United States District Court
For The District Of Columbia

Anthony Braxton #317342
1001 D St. SE
Wash, DC 20003
  V.
District Of Columbia

Case: 1:23-cv-00997
Assigned To : Unassigned
Assign. Date : 4/7/2023
Description: Pro Se Gen. Civ. (F-DECK)

APR - 7 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## Complaint

I am submitting this Complaint as a request to transfer a civil suit I have against the CTF facility, Case No. 2022 CAB005-275, from the Superior Court Civil Division to your Court. I am including two Motions from the defendant in that case and two Orders from the judge. It is important that you all examine the contents of these items because it will demonstrate to you the significance of me having this case transferred to you all's court.

I've recently filed a complaint with you all that is against the jail, Case No. 1:23-CV-00539-UNA. It is pertaining to some of the same departments that are mentioned in the suit against CTF, such as the law library and grievance departments. My suit against the jail was dismissed while in Superior Court because Judge Rigsby claimed I did not state a claim but the jail has been denying me access to the Courts/law library. Judge Rigsby however did not take this into consideration but as you examine these Orders that I include you'll see that Judge Mattini has

though in a confusing way. I believe that the Superior Court is denying me fair service and is sabotaging my cases and is only entertaining them in a fictitious manner.

I am including other complaints that I am hoping will be allowed in your courts and I ask that you all view them all in the same light using this one first because I believe that these two motions and two orders will prove that my cases are not safe in Superior Court and that I am not pursuing them to harass or abuse the courts.

I have sent an Emergency Order Request in response of these two motions and two orders. I will now share with you all its contents;

### Emergency Order Request

I first bring to you alls attention a February 6, 2023 Order I've received from Judge Matini. In the first paragraph she states that upon attempting to serve the Complaint on the Defendant that they were unsuccessful and that it was returned. It was then ordered for me to provide an updated Summons or to attempt to serve the defendant myself. I've chose to file an updated Summons.

However, I've since received a February 16, 2023 Motion To Dismiss from the defendant. — I do not understand how they could've possibly filed this without having received notice of the Complaint? In fact I received this item before the judges 2-6-23 Order and I responded to it, so when I got the Order I also responded to it.

Then I received an Order dated March 13, 2023 and Judge Matini has granted the defendant's Motion To Dismiss in part. I do not see how this is at all possible when it is evident that you have ordered for me to provide and updated Summons and I've not been given the opportunity to respond to the Motion To Dismiss, as far as the court is aware of?

The last thing I find confusing is that in the March 13, 23 Order you all state that I've sufficiently stated a claim for denial of my right to access to the courts and that the District has not demonstrated a prima facie entitlement to relief as to this claim.

I am confused as to why Judge Matini did not dismiss this part of my claim? Was it because I've stated an actual claim and she is honestly upholding the law or is it because the defendant has failed to address this allegation in its Motion and it would've been too much of a violation for her to excuse this?

This then brings me to not understanding how could my claims for first Amendment retaliation, forgery-fraud, and denial of medical/mental health treatment be dismissed when my claim for denial of access to the Court is a First Amendment violation and the other claims that were dismissed, forgery-fraud, and denial of medical/mental health treatment are also when viewed in the light of the 14th Amendment and when they also showcase to what extent I've been denied access to the Courts? The underlying fact is how could Judge Matini entertain the possibility that the defendant is denying my right to

in all my other cases but not this one where it matters the most and especially when they've returned the initial complaint but then somehow was able to respond to it 7 days later.

Because of this I am requesting that my claims for first Amendment retaliation, forgery/fraud, and denial of medical/mental health treatment be reinstated until I am able to properly respond to the defendants Motion to Dismiss.

I request that Judge Matini somehow clear up all of this confusion by explaining all of these matters I've addressed to me.

I've just received another Motion To Dismiss from the defendant on 3-31-23 and I can't respond to it until I am given clarity on these other issues because I can not comprehend just the fact of how the Defendant is being able to submit two motions to dismiss? What is the reason for the second one? Therefore I am asking for an extension to when I have to respond to the second motion to dismiss, for it to be put off until a ruling is given on this motion and that I've received an updated one from the defendant that includes my claims on retaliation, forgery, and denial of medical treatment.

— This is the response I've submitted and as you see I honestly do not believe that the Superior Court is being fair with me so I am asking that you all view all of these complaints together because I am initially innocent but the Superior Court is covering for each other and punishing me for attempting to defend myself. They are currently threatening to send me to

St. Elizabeths which would now be the third time. If it is possible I am also requesting that you all retrieve the initial complaints that I've submitted to the Superior Court pertaining to all of these cases.

I declare under penalty of perjury that the foregoing is true and correct.
Executed, 4-2-23

Pro Se,
Mr. Anthony Braxton

When I mention being initially innocent I am referring to my criminal cases.