UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BRAXTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.  23-00997 (UNA) ) ) |
| DISTRICT OF COLUMBIA, | ) ) |
| Defendant. | ) |

## ORDER

Plaintiff, appearing *pro se*, has submitted a Complaint "as a request to transfer" from D.C. Superior Court his "civil suit . . . against the CTF facility." Compl., ECF No. 1 at 1. Under federal law, only "the defendant" may remove a " civil action brought in a State court[.]" 28 U.S.C. § 1441(a); *see Conner v. Salzinger*, 457 F.2d 1241, 1243 (3d Cir. 1972) ("It is settled that the . . . removal statutes confine the right of removal from a state court to a federal district court to *a defendant or defendants*.") (emphasis in original)).

Accordingly, it is

**ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED**; it is further

**ORDERED** that Plaintiff's motion for reconsideration of the order directing his compliance with the filing fee requirements of the Prison Litigation Reform Act, ECF No. 6, is **DENIED** as moot; it is further

**ORDERED** that this case is **DISMISSED** with prejudice; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

*This is a final and appealable Order*.

_____/s/_____
BERYL A. HOWELL
Date: May 31, 2023                              United States District Judge